IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAROUK SYSTEMS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 4:07-cv-03569 |
| | § | |
| JUAN VARGAS, INDIVIDUALLY and | § | |
| D/B/A MAYO BEAUTY SUPPLIES and | § | |
| JORGE L. VAZQUEZ, INDIVIDUALLY and | § | |
| D/B/A MAYO BEAUTY SUPPLIES and | § | |
| | § | |
| Defendants. | § | |

## AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION

On this date, this Agreed Final Judgment and Permanent Injunction ("Judgment") was presented to the Court as agreed by Defendants Juan Vargas, individually and doing business as Mayo Beauty Supplies and Jorge L. Vazquez, individually and doing business as Mayo Beauty Supplies (collectively "Defendants") and Plaintiff Farouk Systems, Inc. Having considered the parties agreement to this Judgment, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.    The Court has subject matter jurisdiction over this matter and personal jurisdiction over Defendants.

2.    The Court shall retain jurisdiction over Defendants for purposes of interpretation and enforcement of the provisions of this Judgment, including any future questions of its violation or infringement by Defendants.

3.    Defendants are permanently enjoined from advertising, promoting, representing, offering for sale, or selling any hair care product bearing, displaying, or advertising under: (a) the trademark CHI; (b) the trademark CHI of U.S. Trademark Registration No. 2,660,257; U.S. Trademark Registration No. 3,107,769; U.S. Trademark Application Serial No. 78/524,660;

1

and/or of U.S. Trademark Application Serial No. 76/512,597; (c) the trademark ULTRA CHI of U.S. Trademark Application Serial No. 78/622,448; (d) the trademark CHI NANO of U.S. Trademark Application Serial No. 77/055,581; or (e) the word mark BIOCHI shown in U.S. Trademark Application Serial No. 77/265,353 (collectively the "Farouk Systems Trademarks), unless such hair care products are obtained by Defendants from Farouk Systems, Inc.

4.     Defendants are permanently enjoined from advertising, promoting, representing, offering for sale, or selling any hair care product as being sponsored by, associated with, affiliated with, or connected to Farouk Systems, Inc., unless such hair care products are obtained by Defendants from Farouk Systems, Inc.

5.     Defendants are permanently enjoined from representing to the public that they are authorized by Farouk Systems, Inc. to promote, advertise, sell, or offer for sale any hair care product bearing, displaying, or advertised under the Farouk Systems Trademarks.

6.     Defendants are permanently enjoined from advertising, promoting, selling, offering for sale, or in any other way representing to the public that any hair care products, not originating from Farouk Systems, Inc., are associated with, sponsored by, connected with, or affiliated with Farouk Systems, Inc.

It is further ORDERED that this Judgment is binding on Defendants, their representatives, successors, and assigns.

SIGNED AND ENTERED this 19th day of June, 2008, at Houston, Texas.

SAMUEL B. KENT
UNITED STATES DISTRICT COURT JUDGE

2

APPROVED AS TO FORM AND SUBSTANCE:

GREENBERG TRAURIG LLP

Anthony F. Matheny
Texas State Bar No. 24002543
1000 Louisiana, Suite 1800
Houston, Texas  77002
Tel: (713) 374-3583
Fax: (713) 754-7583

ATTORNEYS FOR PLAINTIFF
FAROUK SYSTEMS, INC.

CAMPERO & BECERRA, P.C.

José Angel Becerra
Texas State Bar No. 24026790
315 Calle Del Norte, Suite 207
Laredo, Texas  78041
Tel: (956) 796-0330
Fax: (956) 796-0399

ATTORNEYS FOR DEFENDANT
JUAN VARGAS

EMILIO DAVILA, JR.

Emilio Davila, Jr.
Texas State Bar No. 05455100
1112 San Agustin
Laredo, Texas 78040
Tel: (956) 723-3639
Fax: (956) 727-8130

ATTORNEYS FOR DEFENDANT
JORGE L. VAZQUEZ

3